**NICHOLAS G. VASKOV**
City Attorney
Nevada Bar No. 8298
**BRIAN G. ANDERSON**
Assistant City Attorney
Nevada Bar No. 10500
**BRANDON P. KEMBLE**
Assistant City Attorney
Nevada Bar No. 11775
240 Water Street, MSC 144
Henderson, NV 89015
(702) 267-1200
(702) 267-1201 Facsimile
brian.anderson@cityofhenderson.com
brandon.kemble@cityofhenderson.com

Attorneys for Defendant
CITY OF HENDERSON

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HENDERSON RETAIL 61, LLC,<br><br>  Plaintiff,<br>v.<br>City of Henderson,<br><br>  Defendant. | CASE NO.:  2:21-cv-01309-RFB-DJA<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>**(First Request)** |

This is the first stipulation for extension of time to file responses to Plaintiff's Complaint [ECF No. 1] and Plaintiff's Motion for Preliminary Injunction ("Motion") [ECF No. 3]. Pursuant to Local Rule IA 6-1, Defendant the City of Henderson ("Defendant") and Plaintiff Henderson Retail 61, LLC ("Plaintiff"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

Whereas, Plaintiff served its Complaint [ECF No. 1] and Motion [ECF No. 3] on Defendant on July 13, 2021;

Whereas, Defendant's current deadline to answer or otherwise respond to Plaintiff's Complaint [ECF No. 1] is August 3, 2021 and Defendant's current deadline to respond to Plaintiff's Motion [ECF

No. 3] is July 27, 2021.

Whereas, the parties have engaged in preliminary discussions whereby Plaintiff has agreed to Defendant's request for an additional twenty one (21) days to file its respective responses to the Complaint and Motion;

Whereas, an additional twenty one (21) for Defendant to file its respective responses to the Complaint [ECF No. 1] and Motion [ECF No. 3] will not alter the date of any event or deadline already fixed by the Court; and

THEREFORE, the parties stipulate and agree as follows:

Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint [ECF No. 1] shall be extended to **August 24, 2021**;

Defendant's deadline to file its response to Plaintiff's Motion [ECF No. 3] shall be extended to **August 17, 2021**; and

Plaintiff's deadline to file its reply in support of its Motion [ECF No. 3] shall be **August 24, 2021**.

DATED this 22nd day of July 2021.    DATED this 22nd day of July 2021.

/s/ *Brandon P. Kemble*    /s/ *Clyde DeWitt*

Brian G. Anderson    Clyde DeWitt
Brandon P. Kemble    LAW OFFICE OF CLYDE DEWITT
240 Water Street, MSC 144    2300 W Sahara Ave., Suite 800
Henderson, NV 89015    Las Vegas, NV 89102

*Attorney for Defendant City of Henderson*    *Attorney for Plaintiff Henderson Retail 61, LLC*

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
United States District Court

DATED this 23rd day of July, 2021.