**NICHOLAS G. VASKOV**
City Attorney
Nevada Bar No. 8298
**BRIAN G. ANDERSON**
Assistant City Attorney
Nevada Bar No. 10500
**BRANDON P. KEMBLE**
Assistant City Attorney
Nevada Bar No. 11775
240 Water Street, MSC 144
Henderson, NV 89015
(702) 267-1200
(702) 267-1201 Facsimile
brian.anderson@cityofhenderson.com
brandon.kemble@cityofhenderson.com

Attorneys for Defendant
CITY OF HENDERSON

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HENDERSON RETAIL 61, LLC,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>CITY OF HENDERSON,<br><br>　　　　　　　　Defendant. | CASE NO.: 2:21-cv-01309-RFB-DJA<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>**(Second Request)** |

　　　This is the second stipulation for extension of time to file a response to Plaintiff's Motion for Preliminary Injunction ("Motion") [ECF No. 3]. Plaintiff filed its Motion July 10, 2021 and served Defendant on July 13, 2021. No hearing on the Motion has been scheduled at this time. Pursuant to Local Rule IA 6-1, Defendant the City of Henderson ("Defendant") and Plaintiff Henderson Retail 61, LLC ("Plaintiff"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

　　　Whereas, Defendant's current deadline to respond to Plaintiff's Motion [ECF No. 3] is August 17, 2021. [ECF Nos. 13, 16]

Whereas, due to scheduling conflicts of Defendant's counsel and consistent with the parties' continued discussions, Plaintiff has agreed to Defendant's request for an additional seven (7) days to file its response to Plaintiff's Motion;

Whereas, an additional seven (7) days for Defendant to file its response to Plaintiff's Motion will not alter the date of any event or deadline already fixed by the Court; and

THEREFORE, the parties stipulate and agree as follows:

Defendant's deadline to file its response to Plaintiff's Motion shall be extended to **August 24, 2021**; and

Plaintiff's deadline to file its reply in support of its Motion shall be **August 31, 2021**.

DATED this 10th day of August 2021.        DATED this 10th day of August 2021.

/s/ *Brandon P. Kemble*                     /s/ *Clyde DeWitt*

Brian G. Anderson                           Clyde DeWitt
Brandon P. Kemble                           LAW OFFICE OF CLYDE DEWITT
240 Water Street, MSC 144                   2300 W Sahara Ave., Suite 800
Henderson, NV 89015                         Las Vegas, NV 89102

*Attorney for Defendant City of Henderson*

                                            /s/ *J. Michael Murray*

                                            J. Michael Murray
                                            *Admitted Pro Hac Vice*
                                            BERKMAN, GORDON, MURRAY & DEVAN
                                            55 Public Square, Suite 2200
                                            Cleveland, OH 4411
                                            *Attorneys for Plaintiff Henderson Retail 61, LLC*

**IT IS SO ORDERED:**



DATED this   12th day of August, 2021.

Page 2